**12 CV 06141**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Adekunle A. Onatolu
_____
(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

Central intelligence Agency
_____
_____
(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

___ Civ. _____ (___)(___)

**REQUEST TO PROCEED
IN FORMA PAUPERIS**

RECEIVED
AUG - 8 2012
PRO SE OFFICE

I, Adekunle A. Onatolu, *(print or type your name)* am the plaintiff/petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

1. If you are presently employed:
   a) give the name and address of your employer
   b) state the amount of your earnings per month

   _____
   _____

2. If you are NOT PRESENTLY EMPLOYED:
   a) state the date of start and termination of your last employment
   b) state your earnings per month
   YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.

   7/12/2006 _____

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   NO _____

   a) Are you receiving any public benefits?        ☐ No.     ☒ Yes, $_____.
   b) Do you receive any income from any other source?   ☒ No.   ☐ Yes, $_____.

4. Do you have any money, including any money in a checking or savings account? If so, how much?

   ☒ No.        ☐ Yes, $_____.

5. Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

   ☒ No.        ☐ Yes,   $_____.

6. Do you pay for rent or for a mortgage? If so, how much each month?

   ☐ No.        ☒ Yes, 400.00.

7. List the person(s) that you pay money to support and the amount you pay each month.

   Peninnah Yisrael
   _____

8. State any special financial circumstances which the Court should consider.

   all that apply to a person recieving
   public benefits.
   _____

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __9__ day of __8__, __12__.
          date              month        year

_____
                                Signature